IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM WOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 13-369-GPM |
| | ) |
| ARMSTRONG INTERNATIONAL, INC., et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter comes before the Court on what is titled a "Stipulation to Dismiss Defendant United Technologies Corporation and Remand Case to Illinois State Court" jointly filed by Plaintiff William Wood and Defendant United Technologies Corporation ("UTC") (Doc. 8). UTC removed this case on April 15, 2013 pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446--federal officer subject matter jurisdiction (Doc. 2).

In the pending motion, Plaintiff moves this Court to dismiss UTC without prejudice per their joint stipulation. Certainly, there can be no objection to this, and UTC is therefore **DISMISSED without prejudice**.

Plaintiff then asks the Court to remand this case to Illinois, as UTC--the removing party which availed itself of federal officer subject matter jurisdiction--is no longer a defendant. When all the federal claims that authorized removal drop out of the case before trial, under 28 U.S.C. § 1367(c)(3) it is within the Court's discretion whether to remand the existing state-law claims to

state court.  *See Helms v. Atrium Health Care & Rehab. Ctr. Of Cahokia, LLC,* 2010 WL 3937606, No. 10-547-GPM (S.D.Ill. Oct. 5, 2010).

The joint motion to remand has been pending since April 24, 2013, and no response has been filed.  Particularly with nothing filed in opposition, the Court finds Plaintiff's request for remand appropriate; the motion to remand to state court (Doc. 8) is **GRANTED**.  The only party to invoke federal subject matter jurisdiction is no longer a party.  This matter is **REMANDED** to the Circuit Court of the Third Judicial Circuit, Madison County, Illinois.  The Clerk of the Court is **DIRECTED** to **CLOSE** this case on the Court's docket.

**IT IS SO ORDERED.**

**DATED**:

/s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge